**UNITED STATES BANKRUPTCY COURT, NORTHERN DISTRICT OF ILLINOIS, EASTERN DIVISION**

RE: ODELL R LEWIS ) Case No. 19 B 30964
)
Debtor ) Chapter 13
)
) Judge: JACQUELINE P COX

## ORDER CONFIRMING PLAN

The plan under Chapter 13 of the Bankruptcy Code, filed as docket no.24 having been found by the court to comply with the provisions of 11 U.S.C. § 1325, THE PLAN IS HEREBY CONFIRMED.

ENTER:

DATED: JAN 0 6 2020

J. Cox
JUDGE

Non-Binding Plan Summary:

| Monthly Pymt. | Term | Est. Unsec% |
|---|---|---|
| $466.00 | 60 | 10.00 |