United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                          Case No. 19-30964

Odell R Lewis

Debtor(s)

In accordance with Federal Rule of Bankruptcy Procedure 3004, you are notified that the Debtor has submitted a Proof of Claim for you in the amount of $24331.24, Claim# 13.

Claimant

Name: Navient Solutions, LLC. on behalf of
Address: Department of Education Loan Services
City, State Zip: PO BOX 9635
Wilkes-Barre, PA 18773-9635

Date: April 22, 2021

Jeffrey P. Allsteadt, Clerk

Rosario Ruiz
Deputy Clerk

Updated 5/18/18 SO

United States Bankruptcy Court
Northern District of Illinois
Eastern

IN RE:                                                Case No. 19-30964

Odell R Lewis

               Debtor(s)

## Certificate of Mailing

The undersigned deputy clerk of the United States Bankruptcy Court for this district hereby certifies that a copy of the attached document was mailed on the date entered below to the parties listed.

<u>Creditor Name & Address:</u>

Navient Solutions, LLC. on behalf of
Department of Education Loan Services
PO BOX 9635
Wilkes-Barre, PA 18773-9635

<u>Debtor Name & Address:</u>

Odell R Lewis
3434 W 76th Place
Chicago, IL 60652

The following parties received electronic notification

Attorney for Debtor Name:

David H Cutler

Trustee Name:

M.O. Marshall

Date:    April 22, 2021                                                       Rosario Ruiz
                                                                                 Deputy Clerk