Form G5 (20200113_bko)

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

| | | |
|---|---|---|
| In Re: | ) | Case Number: 19-30964 |
| | ) | |
| Odell R. Lewis, | ) | Chapter: 13 |
| | ) | |
| | ) | Honorable Jacqueline Cox |
| | ) | |
| Debtor(s) | ) | |

## ORDER MODIFYING THE AUTOMATIC STAY AND CO-DEBTOR STAY

THIS CAUSE coming on to be heard on the motion of VW Credit, Inc., its successors and/or assigns, for relief from the automatic stay, the Court having jurisdiction over the subject matter;

IT IS HEREBY ORDERED that the automatic stay shall remain in effect subject to the following conditions of this Order:

1.   Movant must receive the following payments by the corresponding dates:

A.   Post-petition payments which fall due on the eighteenth (18th) of each month commencing May 18, 2021 and thereafter, plus any applicable late fee due per the contract if any such payment is late.

B.   Post-petition arrearages, attorneys' fees and court costs due as of April 18, 2021 in the total arrearage amount of $2,886.98, payable monthly in the amount of $481.16 for 6 consecutive months commencing on May 1, 2021 and on the 1st of each month thereafter until said total arrearage amount is paid in full.

2.   Movant must receive the payments provided in Paragraphs one (1)(A) & (B) on or before their respective due dates. If Movant fails to receive any one of the scheduled payments, the repayment schedule is void and the stays pursuant to §§362 and 1301 shall be automatically modified, and Bankruptcy Rule 4001(a)(3) waived, as to Movant, its principals, agents, successors and/or assigns as to certain Property described as 2019 VOLKSWAGEN TIGUAN, VIN: 3VV2B7AX5KM020575, fourteen (14) calendar days after mailing notification to the Debtor, the Debtor's attorney and the Trustee, unless during that period the Debtor shall tender funds to cure the default asserted in the fourteen (14) day notification. The stays shall be modified upon filing a notice of termination.

3.   Upon completion of the repayment schedule in Paragraph one (1)(B), the Debtor must continue to make post-petition payments directly to Creditor continuing monthly thereafter for the pendency of this bankruptcy case, or through the maturity date for the Debt Obligation whichever comes first.

4.   If thereafter the Movant fails to receive any post-petition monthly payments, thereby rendering the Debtor in post-petition default, the §362 stay shall be automatically terminated, along with the stay imposed under §1301 if applicable, as to Movant, its principals, agents, successors and/or assigns and Bankruptcy Rule 4001(a)(3) waived, as to certain Property described as: 2019 VOLKSWAGEN TIGUAN, VIN: 3VV2B7AX5KM020575, fourteen (14) calendar days after mailing notification to Debtor, Debtor's attorney, and the Trustee, unless during that period of time the Debtor shall tender

Form G5 (20200113_bko)

funds to bring the loan post-petition current. The stays shall be modified upon filing a notice of termination.

5. Notwithstanding anything above to the contrary, (a) in the event this case is converted to any other Chapter of the Bankruptcy Code, or (b) upon the maturity of the Debt Obligation, the stays imposed by §362 and §1301 shall be automatically terminated, as to Movant, its principals, agents, successors and/or assigns and Bankruptcy Rule 4001(a)(3) waived, as to certain Property described as 2019 VOLKSWAGEN TIGUAN, VIN: 3VV2B7AX5KM020575 without any further notice to any party. The payment terms set forth in this Order shall otherwise become null and void upon dismissal of this bankruptcy case or maturity of the Debt, whichever occurs earlier. The stays shall be modified upon filing a notice of termination.

Enter: *Jacqueline P. Cox*
J. Cox
Honorable Jacqueline Cox
United States Bankruptcy Judge

Dated: APR 27 2021

**Prepared by:**
BONIAL & ASSOCIATES, P.C.
Wesley T. Kozeny / # 6199471
12400 Olive Blvd, Suite 555
St. Louis, Missouri 63141
Phone: (314) 991-0255
Fax: (314) 991-6755
ILBK@BonialPC.com
Attorney for Movant

Submitted with the review and consent of:
David H Cutler
Cutler & Associates, Ltd.
4131 Main St.
Skokie, IL 60076
847-673-8600
Fax : 847-673-8636
Email: cutlerfilings@gmail.com
Attorney for Debtor