UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
Eastern Division

In Re:  )     BK No.: 19-30964
Odell R Lewis )
 )
 )     Chapter: 13
 )     Honorable Jacqueline P Cox
 )
 )
Debtor(s) )

### ORDER ON MOTION TO OBTAIN/INCUR DEBT and Shorten Notice

This case coming before the Court on the Debtor's Motion to Obtain/Incur Debt and shorten notice, IT IS HEREBY ORDERED that the Motion to Obtain/Incur Debt and shorten notice is granted as follows:

1. The Debtor is permitted to incur the mortgage debt, with financing through PrimeLending, with the following terms:
Real Property address: 17771 Devon Dr, Country Club Hills, IL 60478
Purchase price not to exceed: $209,900
Loan amount not to exceed: $206,097
Loan Rate: 7.625% (Fixed Rate)
Loan term: 30 years

2. Notice is shortened.

Enter:

Timothy A. Barnes
United States Bankruptcy Judge

Dated: September 18, 2023

**Prepared by:**

David H. Cutler, esq.
Counsel for Debtor(s):
Cutler & Associates,
4131 Main St.,
Skokie, IL 60076
Phone: (847) 673-8600